### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEVIN TADTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-2417 |
| ) | |
| INTOUCH GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

Plaintiff and Defendant, by and through their counsel of record, and herby notify the Court that the parties have agreed to terms of a settlement and release.  The parties will submit a Joint Stipulation of Dismissal with Prejudice following the execution of final settlement documents on or before April 15, 2021.


Respectfully submitted,

| | |
|---|---|
| /s/ Lewis M. Galloway | /s/ Marty T. Jackson |
| Lewis Galloway.   Kansas Bar No. 20172 | Marty T. Jackson |
| LG Law LLC | Wallace Saunders, Chartered |
| 1600 Genessee St Ste 918 | 10111 West 87th St |
| Kansas City, MO 64102 | Overland Park, KS. 66212 |
| Phone: (816) 442-7002 | Telephone: (913) 888-1000 |
| lewis@lglawllc.com | mjackson@wallacesaunders.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing was sent pursuant to the requirements set forth under the CM/ECF for the United States District Court for the District of Kansas, and all related standing orders, to the registered email addresses of the following counsel for Defendant on March 29, 2021.

  Marty T. Jackson
  Wallace Saunders, Chartered
  10111 West 87th St
  Overland Park, KS. 66212
  Telephone: (913) 888-1000
  mjackson@wallacesaunders.com

  ATTORNEY FOR DEFENDANTS

      /s/ Lewis M. Galloway
      ATTORNEY FOR PLAINTIFF