### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEVIN TADTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-2417 |
| ) | |
| INTOUCH GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kevin Tadtman and Defendant Intouch Group, LLC hereby stipulate to the dismissal of the above captioned case, with prejudice, each party to bear his or its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Lewis M. Galloway | /s/ Marty T. Jackson |
| Lewis Galloway.  Kansas Bar No. 20172 | Marty T. Jackson |
| LG Law LLC | Wallace Saunders, Chartered |
| 1600 Genessee St Ste 918 | 10111 West 87th St |
| Kansas City, MO 64102 | Overland Park, KS. 66212 |
| Phone: (816) 442-7002 | Telephone: (913) 888-1000 |
| lewis@lglawllc.com | mjackson@wallacesaunders.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |